```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICHARD L. BRODSKEY, et al.,         :
                                     :
                    Plaintiffs,      :    09 Civ. 10594 (LAP)
                                     :
         -against-                   :    ORDER
                                     :
UNITED STATES NUCLEAR REGULATORY     :
COMMISSION,                          :
                                     :
                    Defendant.       :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

    The parties shall confer and inform the Court by letter no later than May 6, 2013, how they propose to proceed.

SO ORDERED.

Dated:    New York, New York
          April 22, 2013

                                      Loretta A. Preska
                                  UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-13

1